UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE SIMMONS,

    Plaintiff,

v.

    Case No. 10-13681

    Honorable Patrick J. Duggan

DARRIN GRANDISON and WILLIAM
DAWSON, individually and in their
capacities as Michigan State Police Officers,

    Defendants.
    _____/

## **JUDGMENT**

Catherine Simmons ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging that Michigan State Police Detective Specialists Darrin Grandison and William Dawson violated her constitutional rights during an investigation of suspected money laundering. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Dated: September 26, 2011        s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:

James C. Cobb, Jr., Esq.
Joseph T. Froehlich, A.A.G.